LOWERY v. NEWTON

No. 263 PC.

Case below: 52 N.C. App. 234.

Petition by defendants for discretionary review under G.S. 7A-31 denied 31 August 1981.

STATE v. CLONTZ

No. 288 PC.

No. 120 (Fall Term).

Case below: 51 N.C. App. 639.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1981.

STATE v. DUGAN

No. 239 PC.

Case below: 52 N.C. App. 136.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 August 1981. Appeal dismissed ex mero motu 31 August 1981.

STATE v. FISHER

No. 163 PC.

Case below: 50 N.C. App. 567.

Application by defendant for further review denied 31 August 1981.

STATE v. SUTTON

No. 341 PC.

Case below: 53 N.C. App. 281.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 August 1981.